UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**CV 14        5056**

Jovontae Miller

COMPLAINT

Jury Trial Demanded

NAME OF PLAINTIFF(S)

CHEN, J.

v.

Trader Joe's

BLOOM, M.J.

Attn: Director of Human Resources

455 Hancock Road Taunton, MA 02780
NAME OF DEFENDANT(S)

This action is brought for discrimination in employment pursuant to (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166) (race, color, gender, religion, national origin).
**NOTE:** *In order to bring a suit in federal district court under Title VII, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub. L. No. 92-592 , the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring a suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166).
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right to sue letter from the Equal Employment Opportunity Commission.*

-1-

Jurisdiction is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub. L. No. 102-166, and any related claims under New York law.

1.   Plaintiff resides at:

_391   Chauncey   Street_____
            Street Address

_Kings_____,   _NY_____,   _11233_____,   _(718) 919-0310_
  County          State         Zip Code     Telephone Number

2.   Defendant(s) resides at, or its business is located at:

_____
            Street Address

_____,   _____,   _____,   _____
  County          City         State        Zip Code

3.   The address at which I sought employment or was employed by the defendant(s) is:

_130   Court   Street_____
            Street Address

_Kings_____,   _Brooklyn_   _NY_____,   _11201_
  County          City         State        Zip Code

4.   The discriminatory conduct of which I complain in this action includes
     *(check only those that apply).*

_____   Failure to hire.

✓   Termination of my employment.

_____   Failure to promote.

_____   Failure to accommodate my disability.

✓   Unequal terms and conditions of my employment.

✓   Retaliation

_____   Other acts *(specify):* _____.

**NOTE:**   *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

5.   It is my best recollection that the alleged discriminatory acts occurred on:
     _____ March 25, 2013 - October 2013_____
     Date(s)

6.   I believe that the defendant(s) *(check one)*

     _____   is still committing these acts against me.

     ✓   is not still committing these acts against me.

7.   Defendant(s) discriminated against me based on my:
     *(check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged)*

     [✓]   race Black_____   [ ]   color _____

     [ ]   gender/sex _____   [✓]   religion Islam_____

     [ ]   national origin _____

     [ ]   disability _____

     [ ]   age.  If age is checked, answer the following:

          I was born in _____.  At the time(s) defendant(s) discriminated against me,
                          Year
          I was [ ] more  [ ] less than 40 years old.  *(check one).*

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

8.   The facts of my case are as follows:

• I seek compensation for religious discrimination

• I seek compensation for emotional distress

• I seek compensation for defamation of character

See Attachment

*(Attach additional sheets as necessary)*

**NOTE:** *As additional support for your claim, you may attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights, or the New York City Commission on Human Rights.*

9.   It is my best recollection that I filed a charge with the New York State Division of Human Rights or the New York City Commission on Human Rights regarding defendant's alleged discriminatory conduct on: __10/29/2013__ .
                                                        Date

10.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct on: __10/29/2013__ .
                                                        Date

-4-

I was wrongfully terminated from Trader Joe's Inc and seek compensation for this and the emotional distress I endured. I also believe that my religous belief played a factor in my termination. I was initially suspended for a situation that took place with myself and another employee in which I was verbally attacked and then later accused by her and another employee of almost causing physical harm to this employee. Two days later I was suspended. During my suspension reports started to come up of my involvement in making what Carlos the manager as he stated border line sexual harassment comments. At this time I sought a lawyers opinion of what I should do in this situation and I was told about the EEOC so I made a complaint as the suspension was taking place I sent an email to the CEO of the company and contacted the HR. While suspended I began to think why were they conducting such a dishonest and malicous campaign against me and this led me to resurface all of the incidents that occured while I was there. From the religous comments made by Rochelle and other employees to the unfair treatment of religous accomodations to the sexual advances made by employees to me. I didn't understand the smear campaign but I soon realized what was going on. I have many documents and gripes I would like to explain in court. I will not fully elaborate the problems as this would force multiple copies of this while I am presently having a difficult time with the finances needed. In plain I seek compensation for religous discrimination, emotion distress, and defamation of character

**Only litigants alleging age discrimination must answer Question #11.**

11.     Since filing my charge of age discrimination with the Equal Employment Opportunity

Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____     60 days or more have elapsed.

_____     less than 60 days have elapsed.

12.     The Equal Employment Opportunity Commission *(check one)*:

_____     has not issued a Right to Sue letter.

__✓__     has issued a Right to Sue letter, which I
received on _May 22, 2014_ .
                                                    Date

**NOTE:**     Attach a copy of the Right to Sue Letter from the Equal Employment Opportunity
Commission to this complaint.

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
including injunctive orders, damages, pre-judgment interest, costs, and attorney's fees.

_____
PLAINTIFF'S SIGNATURE

Dated: _08/22/14_

_391 Chauncey St. BKlyn NY_
Address
_Apt. 1R  11233_

_(718) 919-0310_
Phone Number

rev. 3/14/13

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Javontae Miller**<br>**109 East 96th Street, Apt. 2F**<br>**Brooklyn, NY 11212** | From: **New York District Office**<br>**33 Whitehall Street**<br>**5th Floor**<br>**New York, NY 10004** |

| | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2014-00473 | **Holly M. Woodyard,**<br>**Investigator** | **(212) 336-3643** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____            May 22, 2014

Kevin J. Berry,                                         (Date Mailed)
District Director

Enclosures(s)

cc:
**TRADER JOE'S COMPANY**
**Attn: Director of Human Resources**
**455 Hancock Road**
**Taunton, MA 02780**